**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JOSE VEGA AND OCIEL VEGA** § | |
| *Plaintiffs,* § | |
| § | |
| vs. § | Civil Action No.: 5:17-cv-994-DAE |
| § | |
| **SAFECO INSURANCE COMPANY** § | |
| **OF INDIANA,** § | |
| *Defendant.* § | |

**RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs' Jose Vega and Ociel Vega and Defendant Safeco Insurance Company of Indiana, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.


**AGREED AND APPROVED:**


/s/ Cristobal Galindo

Cristobal M. Galindo
State Bar No. 24026128
Richard Paxton
State Bar No. 24000558
CRISTOBAL M. GALINDO, P.C.
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Tel: 713-228-3030
Fax: 713-228-3003
stormcase@galindolaw.com
rpaxton@galindolaw.com

*Counsel for Plaintiffs*

David R. Stephens
State Bar No. 19146100
Carrie D. Holloway
State Bar No. 24028270
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  This is to certify that on the **5th** day of **June**, **2019**, a true and correct copy of the above and foregoing was served on the following persons pursuant to the Federal Rules of Civil Procedure:

Cristobal M. Galindo
Richard Paxton
CRISTOBAL M. GALINDO, P.C.
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
stormcase@galindolaw.com

                     /s/ Carrie Holloway
                     David R. Stephens/Carrie Holloway