IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE VEGA AND OCIEL VEGA §<br>*Plaintiffs,* §<br>§<br>vs. §<br>§<br>SAFECO INSURANCE COMPANY §<br>OF INDIANA, §<br>*Defendant.* § | Civil Action No.: 5:17-cv-994-DAE |

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED AND ENTERED this  6th  day of  June , 2019.

_____
United States District Judge

4